UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>STANISLAV DOMANSKIY et al.,<br><br>      Defendants. | NO.  3:24-cv-05059-TMC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Security National Insurance Company ("Security National") and Defendants Stanislav Domanskiy and Contractor Master, LLC (collectively, "Contractor Master"),[1] through their respective counsel, hereby provide notice to the Court that the above-captioned matter has been tentatively resolved.  The parties are finalizing their settlement arrangement, which involves settlement of the underlying lawsuit filed by Amanda Swulius and Kyle Berchin against Contractor Master. The parties anticipate completing their settlement within 21 days.

Accordingly, the parties request that the Court stay all pending deadlines – including those pertaining to Security National's pending Motion for Summary Judgment – to allow the parties to complete their settlement.  The parties will submit dismissal paperwork upon completion of their

---

[1] Defendants Amanda Swulius and Kyle Berchin have been served but have not appeared in this action.

NOTICE OF SETTLEMENT - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4856-4163-0414.1

1  settlement. The parties will advise the Court if, unexpectedly, settlement is not finalized in the
2  next 21 days.
3       JOINTLY SUBMITTED by the undersigned on this 3rd day of July, 2024.

4  *s/ Miles J. M. Stewart*       *s/Jesse Conway*
Miles J. M. Stewart, WSBA # 46067      Jesse Conway, WSBA #41677
5  Eliot M. Harris, WSBA # 36590      **CONWAY LAW, PLLC**
**WILLIAMS, KASTNER & GIBBS PLLC**      1014 Franklin Street, Suite 106
6  601 Union Street, Suite 4100      Vancouver, WA 98660
7  Seattle, WA  98101-2380      Telephone: (360) 906-1007
Telephone: (206) 628-6600      Email: jesse@conwaylaw.net
8  Fax: (206) 628-6611
Email: eharris@williamskastner.com      ***Attorneys for Defendants Stanislav Domanskiy***
9       mstewart@williamskastner.com      ***and Contractor Master, LLC***
10
11 ***Attorneys for Plaintiff Security National Insurance Company***
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF SETTLEMENT - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4856-4163-0414.1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 3rd day of July, 2024.

*s/ Miles J. M. Stewart*
Miles J. M. Stewart, WSBA # 46067

NOTICE OF SETTLEMENT - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4856-4163-0414.1